THE PEOPLE OF THE STATE OF NEW YORK ex rel. DALE MILLER, Appellant, v. ARTHUR E. KRUEGER, as Warden of Nassau County Jail, Respondent.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.

OSMOND ROCK, Respondent, v. JEWISH HOSPITAL OF BROOKLYN et al., Appellants.—

Christ, P. J., Hopkins, Latham, Kleinfeld and Brennan, JJ., concur.